

FILED
CLERK, U.S. DISTRICT COURT
FEB 14 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR AVALOS BALLESTEROS,<br><br>Defendant. | Case No. 22-MJ-0586<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On February 14, 2022, Defendant Victor Avalos Ballesteros made his initial appearance – by consent to video teleconference - in this district following his arrest on the petition for revocation of supervised release and warrant for arrest issued in the Eastern District of California on September 28, 2021. Deputy Federal Public Defender Neha Christerna was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Jenna McCabe.

Defendant submitted on the recommendation of detention in the Pretrial Services Report.

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition: On September 21, 2021, Defendant was arrested for assault with a deadly weapon other than a firearm and for criminal threat with intent to terrorize.

Thus, Defendant has not demonstrated a willingness to abide by court orders and the Court is not convinced that the defendant will abide by its order to appear for future court appearances if released on bail.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition (see above), and criminal history which includes a 2021 felony conviction for assault with a deadly weapon and a 2014 drug related felony conviction.

## III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal to be removed to the Eastern District of California forthwith.

<u>The Court directs government counsel to follow up with government counsel in the charging district regarding Defendant's next scheduled appearance, and provide this information to DFPD Christerna so that they may monitor the status of defendant's transportation to, and arrival in, the charging district for his next appearance.</u>

Dated: February 14, 2022

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE